# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No.: 19-CR-245 (TFH)** |
| **MALIK WILKINS** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Sara Vanore, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472845

By:   /s/   *Sara Vanore*
Sara Vanore
Bar No. PA 208070
U.S. Attorney's Office
Tel: (202) 252-7102
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
Sara.Vanore@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 18th day of July, 2019, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Sara Vanore*
Sara Vanore
Assistant United States Attorney